

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Archer Petroleum, Ltd. Co.,

* From the 259th District Court
of Jones County,
Trial Court No. 024889.

Vs. No. 11-22-00015-CV

* May 11, 2023

Lloyd and Sherity Meek,

* Memorandum Opinion by Trotter, J.
(Panel consists of: Trotter, J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Bailey, C.J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Lloyd and Sherity Meek.